NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD KENNETH PENANSKY, III,      )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D18-109
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
_____)

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Richard Kenneth Penansky, III, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.